BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
RACHANA N. SHAH
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2800

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-11-191 DAD |
|---|---|---|
| Plaintiff, | ) | Order |
| v. | ) | |
| TONYA HUDDLESTON, | ) | DATE: July 12, 2011 |
| | ) | TIME: 10:00 A.M. |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Cr. No. S-11-191 DAD is GRANTED.

IT IS SO ORDERED.

DATED: July 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:crim
huddleston0191.ord.dism